"O"

FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA15-450M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | |
| JORGE HERRERA ROMERO, | ) | |
| Defendant. | ) | |

## I.

A. ( ) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. ( ) an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

    5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

| | | | | |
|---|---|---|---|---|
|1| B. | ( X ) | On motion by the Government/( ) on Court's own motion, in a case |
|2| | | allegedly involving: |
|3| | ( X ) | On the further allegation by the Government of: |
|4| | | 1. | ( X ) | a serious risk that the defendant will flee. |
|5| | | 2. | ( ) | a serious risk that the defendant will: |
|6| | | | a. ( ) obstruct or attempt to obstruct justice. |
|7| | | | b. ( ) threaten, injure or intimidate a prospective witness or |
|8| | | juror, or attempt to do so. |
|9| C. | The Government ( ) is/(X) is not entitled to a rebuttable presumption that no |
|10| | condition or combination of conditions will reasonably assure the defendant's |
|11| | appearance as required and the safety or any person or the community. |

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:

1. (X) the appearance of the defendant as required.
   (X) and/or
2. (X) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. (✗) the nature and circumstances of the offense(s) charged.
B. (✗) the weight of evidence against the defendant;
C. (✗) the history and characteristics of the defendant; and
D. (✗) the nature and seriousness of the danger to any person or the community.

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk:

<u>immigration status, use of multiple personal identifiers, prior deportations; prior parole violations; unknown background info and bail resources</u>

B.    ( X )    As to danger:

<u>prior criminal history; including crimes involving controlled substances</u>

VI.

A.    ( )    The Court finds that a serious risk exists the defendant will:

     1.    ( )    obstruct or attempt to obstruct justice.

     2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

DATED: <u>August 28, 2015</u>

*Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE